# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Hon. Tonianne J. Bongiovanni |
| v. | : |
| | : Mag. No. 14-5015 (TJB) |
| ROBERT BRITT | : |
| a/k/a "True" | : |

      I, Robert Britt, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree:

      1.    I previously have been sentenced to serve a term of imprisonment by a state court in the State of New Jersey. I have not completed serving that sentence.

      2.    I now face federal charges in the United States District Court for the District of New Jersey for allegedly conspiring with others to distribute and possess with intent to distribute one kilogram or more of heroin, and for that reason I have been taken into federal custody and brought to Trenton, New Jersey.

      3.    I have been advised that the Interstate Agreement on Detainers (18 U.S.C. appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not be returned to state custody, until the trial on the federal charge described above is completed and the sentence has been imposed.

4. Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial on the federal charge.

Dated: August 6, 2014

_____
Robert Britt
Defendant

_____
Alyssa A. Cimino, Esq.
Counsel for Robert Britt

*Defendant reserves his right to make application to the Court to be removed into Federal Court custody at a later time.*

RB

So Ordered this 6 day of August, 2014