UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Mag No. 14-5015 (TJB) |
| ROBERT BRITT, a/k/a "True" | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Robert Britt, a/k/a "True" (by Alyssa A. Cimino, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to 18 U.S.C. § 3161(b); and the defendant through his attorney requesting a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) so that the defendant will have additional time to consult with his attorney and to further investigate the charge in this matter, and to discuss plea negotiations; and the defendant being aware that he has the right to proceed to trial within 120 days of his arrival in the receiving State (i.e., this District) under the Interstate Agreement on Detainers Act ("IADA"); and the defendant having consented to this continuance and he and/or his counsel having waived such right on his behalf and with his concurrence in open court; and the United States having no opposition; and for good and sufficient cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant, though his counsel, has requested additional time to consult with his counsel regarding this case, to further investigate the charge in this case, and to discuss plea negotiations.

2. The grant of a continuance will ensure that the defendant has sufficient time to consult with his counsel regarding the status of this case, to further investigate the charge in this matter and to discuss plea negotiations.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

5. Pursuant to the IADA, Article IV(c), good cause for this continuance request has been shown and this continuance request of the parties, including its length, is reasonable and necessary to allow the defendant sufficient time to consult with counsel and the government to discuss a potential resolution to this case.

**WHEREFORE**, it is on this 8th day of January, 2015,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued under the Speedy Trial Act and the IADA from the date of this Order through and including March 31, 2015;

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including March 31, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including March 31, 2015 shall be excludable in computing the 120 days within which the defendant is entitled to proceed to trial under the IADA.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By

_____
Alyssa A. Cimino, Esq
Counsel for Defendant

_____
Nicholas P. Grippo
Assistant United States Attorney

Approved By:

_____
Harvey Bartle
Attorney-in-Charge, Trenton Office

_____
Nelson Thayer
Deputy United States Attorney